Amy K. Todd (SBN 208581)
Mariela R. Romo (SBN 341657)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California 92101
Tel: (619) 573-4900
Fax: (619) 573-4901
Amy.Todd@jacksonlewis.com
Mariela.Romo@jacksonlewis.com

Kelli M. Dreger (SBN 267404)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Kelli.Dreger@jacksonlewis.com

Attorneys for Defendant
NORDSTROM, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEIDI KING, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No.: 8:26-cv-00121-MRA-(KESx)<br><br>**DEFENDANT NORDSTROM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OF INDIVIDUAL CLAIMS AND TO STAY THIS ACTION**<br><br>Date: March 24, 2026<br>Time: 10:00 a.m.<br>Courtroom: 9B<br>Judge: Hon. Monica Ramirez<br><br>Complaint filed: December 11, 2025<br>Case Removed: January 15, 2026<br>Trial Date: Not Yet Set |

TO PLAINTIFF HEIDI KING AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 24, 2026 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court located at Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Room 1053 Santa Ana, CA

92701, Courtroom 9B, 9th Floor, Defendant Nordstrom, Inc. ("Nordstrom") will, and hereby does, move for an order enforcing the parties' arbitration agreement according to its terms, and therefore: (1) compelling Plaintiff Heidi King ("Plaintiff") to prosecute her claims, if at all, in individual arbitration and (2) staying this action pending the completion of arbitration proceedings on Plaintiff's individual claims.

Nordstrom brings this Motion on the grounds that the parties entered into a valid, written arbitration agreement that provides for (1) binding individual arbitration of the claims Plaintiff has asserted in this action, (2) a clear and unmistakable delegation clause that delegates resolution of all claims Plaintiff has asserted in this action and all disputes Plaintiff may have regarding the enforceability of the arbitration agreement to the arbitrator, and (3) a waiver that prohibits Plaintiff from pursuing class claims. This Motion is made following the meet and confer conferences of counsel held pursuant to Civil Local Rule 7-3, which took place on January 26, 2026 and February 2, 2026. (*See* Declaration of Amy K. Todd in support of Motion to Compel Arbitration of Individual Claims and to Stay this Action ["Todd Decl."], ¶¶ 2-7, Exs. A, B.)

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Justin Fischbeck and Amy K. Todd, and the exhibits thereto; the pleadings, records and files in this action; and such other, further argument or evidence that may be presented at or before the hearing on this Motion.

DATED: February 20, 2026 JACKSON LEWIS P.C.

By: /s/ *Amy K. Todd*
AMY K. TODD
KELLI M. DREGER
MARIELA R. ROMO

Attorneys for Defendant
NORDSTROM, INC.